Eileen SPETZ

v.

WORKERS' COMPENSATION
APPEAL BOARD
(McDonald's),

Appeal of McDonald's and Kemper
Insurance Company.

Supreme Court of Pennsylvania.

Argued April 30, 2001.

Decided May 10, 2001.

Joseph C. Patterson, Harrisburg, for McDonald's/Kemper Insurance.

James A. Holzman, Harrisburg, Amber M. Kenger, Mechanisburg, for Workers' Compensation Appeal Board.

John M. Gallgher, Bart E. Ecker, Hazleton, for Eileen Spetz.

David C. Harrison, Philadelphia, for Pa Trial Lawyers Association.

Before FLAHERTY, C.J., ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

■

James T. DRUM and Linda I. Drum, His Wife, Respondents,

v.

SHAULL EQUIPMENT AND SUPPLY COMPANY, Larry Brown and Marlin Pentz, Petitioners.

Supreme Court of Pennsylvania.

May 11, 2001.

### ORDER

PER CURIAM

**AND NOW,** this 11th day of May, 2001, the petition for allowance of appeal is **GRANTED, LIMITED** to the issue of whether the Superior Court's analysis was in accord with the standard enunciated in *Harman v. Borah,* 562 Pa. 455, 756 A.2d 1116 (2000). Furthermore, the order of the Superior Court is **VACATED** and the matter **REMANDED** for reconsideration in light of the *Harman* decision.

Justice THOMAS G. SAYLOR dissents.